IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Wendella Lambert, | : | |
| --- | --- | --- |
| Plaintiff(s) | : | |
| | : | Case Number: 1:18cv116 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant(s) | : | |

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on November 5, 2019 (Doc. 30), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired November 19, 2019, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's §406(b) motion for attorney fees is GRANTED. Plaintiff's

counsel is AWARDED attorney fees in the amount of $7,077.50 under 42 U.S.C. §406(b)(1)(A).

IT IS SO ORDERED.

Susan J. Dlott

Judge Susan J. Dlott
United States District Court